FILED: January 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2273

(1:10-cv-00193-IMK)

_____

CLIFTON G. VALENTINE

      Plaintiff - Appellant

v.

SUGAR ROCK, INC.; GERALD D. HALL; TERESA D. HALL

      Defendants - Appellees

_____

O R D E R

_____

The court directs the parties to file supplemental briefs in light of the decision of the Supreme Court of Appeals of West Virginia answering this Court's certified question. The parties' supplemental briefs shall not exceed 20 pages and shall be filed in accordance with the following schedule:

    Supplemental opening brief:        January 20, 2015

    Supplemental response brief:       January 30, 2015

    Supplemental reply brief (if any):    February 4, 2015

The briefs and any supplemental appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

For the Court

/s/ Patricia S. Connor, Clerk